IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONES MOTOR GROUP, INC., a Pennsylvania corporation; JONES MOTOR COMPANY, INC., a Pennsylvania corporation; JONES MOTOR LOGISTICS, INC., a Pennsylvania corporation; HOT SHOT EXPRESS, INC., a Pennsylvania corporation; JONES EXPRESS, INC., a Pennsylvania corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>BYRNE TRANSPORTATION SERVICES, LLC, an Illinois limited liability company; CHRIS BYRNE, an individual; JOHN BYRNE, an individual; and RICHARD C. BYRNE, III, an individual,<br><br>        Defendants. | Case No. 1:13-cv-04743<br><br>Judge: Thomas M. Durkin |

**<u>JUDGMENT AGAINST DEFENDANT, BYRNE TRANSPORTATION SERVICES, LLC</u>**

WHEREAS, Plaintiffs, Jones Motor Group, Inc., Jones Motor Company, Inc. ("JMG"), Jones Motor Logistics, Inc. ("JML"), Hot Shot Express, Inc. ("HSE") and Jones Express, Inc. ("JEI") have filed this breach of contract action against Defendants, Byrne Transportation Services, LLC, Chris Byrne, John Byrne and Richard C. Byrne, III seeking money damages for Defendants' breach of that Agency Information & Acknowledgement Agreement executed May 2, 2012 by Chris Byrne and JMG and that Broker Carrier Agreement executed March 27, 2008 by Byrne Transportation Services, LLC and JMG;

WHEREAS, this Court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. §1332(a)(1) and proper venue lies in the United States District Court for the Northern District of Illinois, Eastern Division; and

WHEREAS, Defendant Byrne Transportation Services, LLC has failed to file an Answer or otherwise appear in this action.

It is hereby ORDERED that JUDGMENT is entered in favor of Plaintiffs and against Defendant, Byrne Transportation Services, LLC in the following particulars:

1. Judgment in the amount of $107,505.41, plus prejudgment interest at the rate of 5% per annum in the amount of $7,009.88, plus costs in the amount of $156.33 for a total judgment $114,671.62 plus post-judgment interest at the rate of 9% per annum is entered in favor of Plaintiff, Jones Motor Company, Inc. and against Defendant, Byrne Transportation Services, LLC.

2. Judgment in the amount of $5,700.00 plus prejudgment interest at the rate of 5% per annum in the amount of $350.06, plus costs in the amount of $156.33 for a total judgment of $6,206.39 plus post judgment interest at the rate of 9% per annum is entered in favor of Plaintiff, Jones Motor Logistics, Inc. and against Defendant, Byrne Transportation Services, LLC.

3. Judgment in the amount of $11,600.00 plus prejudgment interest at the rate of 5% per annum in the amount of $719.54, plus costs in the amount of $156.33 for a total judgment of $12,475.87 plus post judgment interest at the rate of 9% per annum is entered in favor of Plaintiff, Jones Express, Inc. and against Defendant, Byrne Transportation Services, LLC.

4. Nothing in this Judgment shall be construed to waive, limit, or affect any right, claim, or remedy Plaintiffs may have against any other person for any cause of action.

5. The Court shall retain jurisdiction to enforce, implement, or construe this Judgment.

6. A memorandum of this final judgment may be recorded in the Office of the Recorder of Deeds of Cook County, Illinois and in the Recorder of Deeds Office of any County where Defendant Byrne Transportation Services, LLC is found to be in possession of property.

_____
Judge, Northern District of Illinois, Eastern Division

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2013 I electronically filed the foregoing **JUDGMENT AGAINST DEFENDANT, BYRNE TRANSPORTATION SERVICES, LLC** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kevin Carrara, Esq.
Kaitlyn Anne Wild, Esq.
Rathje & Woodward, LLC
300 East Roosevelt Road, Suite 300
Wheaton, Illinois 60187
kcarrara@rathjewoodward.com
kwild@rathjewoodward.com
Statutory Agent for Service of Process for Byrne Transportation Services, LLC and attorneys for Defendants, Chris Byrne, John Byrne, Richard C. Byrne, LLC

130642429v1 0940085